BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | ) | |
|---|---|---|
| IN RE CASH SWEEP PROGRAMS CONTRACT LITIGATION, | ) ) ) ) | MDL No. 3136 |

### PLAINTIFF DM COHEN, INC.'S INTERESTED PARTY RESPONSE IN SUPPORT OF MOVANTS' MOTION FOR TRANSFER AND CONSOLIDATION

In accordance with Judicial Panel on Multidistrict Litigation Rules of Procedure 6.2(d) and 7.1(a), Plaintiff DM Cohen, Inc. in the related class action to this MDL, *DM Cohen, Inc. v. UBS Financial Services Inc.*, No. 1:24-cv-05226-SDG, pending in the United States District Court for the Northern District of Georgia, respectfully file this interested party response and, for the reasons stated in the movants' motion for transfer and consolidation (ECF 1, 3), fully support centralization under 28 U.S.C. § 1407 in the United States District Court for the Southern District of New York.

DATED: November 25, 2024

**JOHNSON FISTEL, LLP**

*/s/ Michael I. Fistel, Jr.*
Michael I. Fistel, Jr.
michaelf@johnsonfistel.com
Georgia Bar No. 262062
Mary Ellen Connor
maryellenc@johnsonfistel.com
Georgia Bar No. 195077
William W. Stone
williams@johnsonfistel.com
Georgia Bar No. 273907
Murray House
40 Power Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101

***Counsel for Plaintiff DM Cohen, Inc.***
***(Case No. 1:24-cv-05226-SDG, N.D.G.A.)***