BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CASH SWEEP PROGRAMS CONTRACT LITIGATION | MDL No. 3136 |

DECLARATION OF LAUREN WAGNER IN SUPPORT OF AMERIPRISE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR TRANSFER AND CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407

In accordance with 28 U.S.C. § 1746, I, Lauren Wagner, declare and state as follows:

**1.** I am an attorney with the law firm O'Melveny & Myers LLP, and counsel for Defendants Ameriprise Financial, Inc., Ameriprise Financial Services, LLC, Ameriprise Financial Services, Inc., and American Enterprise Investment Services Inc. (collectively, "Ameriprise") in this matter. I am duly licensed to practice before all of the courts of the State of New York.

**2.** I submit this declaration in support of Ameriprise Defendants' Opposition to Plaintiffs' Motion to Transfer and Consolidation Pursuant to 28 U.SC. § 1407, concurrently filed herewith. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would testify competently thereto.

**3.** Attached hereto as **Exhibit 1** is a true and correct copy of the Complaint filed in *Mehlman et al. v. Ameriprise Financial, Inc. et al.*, Case No. 24-cv-03018, in the District of Minnesota on July 29, 2024.

**4.** Attached hereto as **Exhibit 2** is a true and correct copy of the Complaint filed in *Bender v. Ameriprise Financial, Inc. et al.*, Case No. 24-cv-03359, in the District of Minnesota on August 21, 2024.

**5.** Attached hereto as **Exhibit 3** is a true and correct copy of the October 3, 2024 Order consolidating *Mehlman* and *Bender*.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Consolidated Complaint filed on November 4, 2024.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the November 1, 2024 Order granting the Joint Stipulation to Extend Defendants' Time to Answer Plaintiffs' Consolidated Complaint.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the Complaint filed in *Lourenco v. Ameriprise Financial, Inc. et al.*, Case No. 2:24-cv-08825, in the Central District of California on October 14, 2024.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Ameriprise Defendants' Motion to Transfer *Lourenco* to the District of Minnesota, filed on November 8, 2024.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the Joint Stipulation to Stay Ameriprise Defendants' Deadline to Respond to Plaintiff Lourenco's Initial Complaint, filed on November 26, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 27, 2024, in New York, New York.

By: *Lauren Wagner* (signature)

Lauren Wagner