# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Susanne Mehlman and Joy Hultman, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Ameriprise Financial, Inc., Ameriprise Financial Services, Inc., American Enterprise Investment Services, Inc., and Ameriprise Financial Services, LLC.,<br><br>Defendants.<br><br>Mindy Bender, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Ameriprise Financial, Inc., Ameriprise Financial Services, LLC., and American Enterprise Investment Services, Inc.,<br><br>Defendants. | No. 24-cv-3018 (JRT/DLM)<br>No. 24-cv-3359 (JRT/DLM)<br><br><br><br><br><br><br><br><br><br>**ORDER** |

Before the Court is Plaintiffs Susanne Mehlman, Joy Hultman, and Mindy Bender's unopposed Motion to Consolidate Cases and to Appoint Counsel (Docs. 36 (Plaintiffs' motion), 38 (Plaintiffs' memorandum), 45 (Defendants' response taking no position on the motion).) In their unopposed motion, Plaintiffs ask the Court to consolidate the above-captioned cases brought against Defendants Ameriprise Financial, Inc., Ameriprise

Financial Services LLC, Ameriprise Financial Services Inc., and Ameriprise Enterprise Investment Services, Inc., pursuant to Federal Rule of Civil Procedure 42(a). They also ask the Court to appoint Berger Montague PC, Bernstein Litowitz Berger & Grossmann LLP, Williams Dirks Dameron LLC, Rosca Scarlato LLC, and Simmons Hanly Conroy LLP, as Interim Co-Lead Class Counsel pursuant to Federal Rule of Civil Procedure 23(g).

Under Federal Rule of Civil Procedure 42, courts may consolidate pending actions that "involve a common question of law or fact." Fed. R. Civ. P. 42(a)(2). To decide if cases should be consolidated, courts must balance "the savings of time and effort resulting from consolidation against any inconvenience, delay or expense that it would cause." *Powell v. Nat'l Football League*, 764 F. Supp. 1351, 1359 (D. Minn. 1991). Consolidation is warranted here because these two cases involve the same questions of law and fact, and are brought on behalf of the same proposed class against the same defendants.

Under Federal Rule of Civil Procedure 23, a court "may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." Fed. R. Civ. P. 23(g)(3). Appointment of interim class counsel "specifically requires the court to consider counsel's: (1) work in identifying or investigating potential claims; (2) experience in handling class action and complex litigation and the types of claims asserted in the action; (3) knowledge of the applicable law; and (4) available resources." *Adedipe v. U.S. Bank, Nat'l Ass'n*, No. 13-cv-2687 (JNE/JJK), 2014 WL 835174, at *2 (D. Minn. Mar. 4, 2014) (citing Fed. R. Civ. P. 23(g)(1)). Having reviewed this motion, the Court finds that the proposed interim co-lead counsel—Berger Montague PC, Bernstein Litowitz Berger & Grossmann LLP, Williams Dirks Dameron LLC, Rosca

Scarlato LLC, and Simmons Hanly Conroy LLP—have demonstrated that they satisfy these requirements.

## ORDER

Accordingly, based on all of the files, records, and proceedings above, **IT IS ORDERED** that:

1. Plaintiffs Susanne Mehlman, Joy Hultman, and Mindy Bender's unopposed Motion to Consolidate Cases and to Appoint Counsel (Doc. 36) is **GRANTED**;

2. The above-captioned actions are hereby **CONSOLIDATED** as of the date of this Order pursuant to Rule 42(a) of the Federal Rules of Civil Procedure;

3. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed, or transferred actions that are related to and arise out of the subject matter of the above-captioned actions are **CONSOLIDATED** for all purposes;

4. A copy of this Order shall be filed in both cases, but the files in this consolidated action shall be maintained under the master file case number 24-cv-3018 (JRT/DLM), and as of this Order's date, all filings related to these consolidated cases shall be filed only in case number 24-cv-3018 (JRT/DLM);

5. The Clerk of Court is directed to close case number 24-cv-3359 (JRT/DLM), and to update the case caption in the master file case number 24-cv-3018 (JRT/DLM) according to this Order of consolidation; and

6. Pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure, counsel for Plaintiffs Mehlman, Hultman and Bender, Berger Montague PC, Bernstein

Litowitz Berger & Grossmann LLP, Williams Dirks Dameron LLC, Rosca Scarlato LLC, and Simmons Hanly Conroy LLP, are **APPOINTED** Interim Co-Lead Counsel in the consolidated action.

DATED: October 2, 2024

                                                  *s/Douglas L. Micko*
                                                DOUGLAS L. MICKO
                                                United States Magistrate Judge