# Exhibit 5

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSANNE MEHLMAN and JOY HULTMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL, INC., et al.,<br><br>Defendants. | Case No. 24-CV-03018-JRT-SGE |
| MINDY BENDER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL, INC.; AMERIPRISE FINANCIAL SERVICES, LLC; and AMERICAN ENTERPRISE INVESTMENT SERVICES, INC.,<br><br>Defendants. | |

**ORDER**

Having considered the parties' Joint Stipulation to Extend Defendants' Time to Answer Plaintiffs' Consolidated Complaint (Doc. 54), it is **HEREBY ORDERED THAT**:

1. The Stipulation is **GRANTED**.

2. Defendants' deadline to answer or otherwise respond to Plaintiffs' Consolidated Complaint shall be December 20, 2024.

3. Plaintiffs' deadline to file any opposition to Defendants' answer or other response shall be January 31, 2025.

4. Defendants' deadline to file any reply to Plaintiffs' opposition shall be February 21, 2025.

**IT IS SO ORDERED**.

Dated: November 1, 2024

*s/Shannnon G. Elkins*
SHANNON G. ELKINS
United States Magistrate Judge