# **Exhibit 8**

MEAGHAN VERGOW*
mvergow@omm.com
BRIAN D. BOYLE (126576)
bboyle@omm.com
SHANNON BARRETT**
sbarrett@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4061
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

JORGE DENEVE (198855)
jdeneve@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

LAUREN WAGNER*
lwagner@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the America, Suite 1700
New York, NY 10019
Telephone: +1 212 326 2000
Facsimile: +1 212 326 2061

*Attorneys for Defendants*

\*Admitted Pro Hac Vice

\*\*Pro Hac Vice application forthcoming

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED LOURENCO, *Individually and On Behalf of all Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>AMERIPRISE FINANCIAL, INC., AMERIPRISE FINANCIAL SERVICES, LLC, AMERIPRISE FINANCIAL SERVICES, INC., and AMERICAN ENTERPRISE INVESTMENT SERVICES, INC.,<br><br>Defendants. | Case No. 2:24-cv-08825-MRA-KS<br><br>**JOINT STIPULATION TO STAY DEFENDANTS' DEADLINE TO RESPOND TO INITIAL COMPLAINT**<br><br>Hearing Date: January 6, 2025<br>Time: 1:30 p.m.<br>Judge: Hon. Mónica Ramírez Almadani<br>Courtroom: 10B |

JOINT STIPULATION TO STAY DEFENDANTS' DEADLINE TO RESPOND TO INITIAL COMPLAINT

1	Plaintiff Ted Lourenco ("Plaintiff") and Defendants Ameriprise Financial,
2  Inc., Ameriprise Financial Services, LLC, Ameriprise Financial Services, Inc., and
3  American Enterprise Investment Services, Inc. ("Defendants") (together, the
4  "Parties"), by and through their respective counsel, hereby stipulate to stay
5  Defendants' deadline to respond to the initial complaint pending the Court's ruling
6  on the Motion to Transfer (the "Second Stipulation").

7	WHEREAS, on October 14, 2024, Plaintiff filed the Complaint (ECF No.
8  1);

9	WHEREAS, on October 16, 2024, Plaintiff served the Complaint on
10  Defendants;

11	WHEREAS, on November 1, 2024, Defendants filed a Stipulation to Extend
12  the Deadline for Defendants to Respond to Initial Complaint By Not More Than 30
13  Days [Local Rule 8-3] (the "First Stipulation") (ECF No. 19). The First Stipulation
14  extended the deadline for Defendants to respond to the Complaint from November
15  8, 2024 to December 9, 2024;

16	WHEREAS, on November 8, 2024, Defendants filed a Motion to Transfer
17  the case to the District of Minnesota (the "Motion to Transfer") (ECF No. 26);

18	WHEREAS, on November 12, 2024, Plaintiff filed a Motion to Stay the case
19  pending the resolution of a separate motion filed before the United States Judicial
20  Panel on Multidistrict Litigation on October 30, 2024 (the "Motion to Stay") (ECF
21  No. 27);

22	WHEREAS, the Parties, through their respective counsel, agree that the
23  deadline by which Defendants must substantively respond to the Complaint, which
24  is currently December 9, 2024, should be stayed pending the Court's ruling on the
25  Motion to Transfer;

26	WHEREAS, nothing agreed to by the Parties in connection with the Second
27  Stipulation is intended to prejudice either side's position as to the Motion to Stay;

28

WHEREAS, good cause exists to stay Defendants' response pending the Court's ruling on the Motion to Transfer because this will streamline additional motion practice and conserve party and judicial resources while the Motion to Transfer is resolved.

THEREFORE, in light of the foregoing, the Parties, through their respective counsel, hereby stipulate and agree that Defendants' deadline to substantively respond to Plaintiff's Complaint will be stayed pending the Court's resolution of the Motion to Transfer.

| Dated: November 26, 2024 | O'MELVENY & MYERS LLP<br>MEAGHAN VERGOW<br>BRIAN D. BOYLE<br>SHANNON BARRETT<br>LAUREN WAGNER |
|---|---|
| | By: /s/ Brian D. Boyle |
| | *Attorneys for Defendants* |
| Dated: November 26, 2024 | EDELSBERG LAW, P.A.<br>SCOTT EDELSBERG<br>ADAM SCHWARTZBAUM |
| | KOPELOWITZ OSTROW<br>FERGUSON WISELBERG GILBERT<br>KRISTEN LAKE CARDOSO |
| | By: /s/ Adam Schwartzbaum |
| | *Attorneys for Plaintiff* |

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing by email.

By: /s/ *Brian. D. Boyle*

Brian D. Boyle