BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **IN RE: Cash Sweep Programs Contract Litigation** | ) ) | **MDL Docket No. 3136** |

### DECLARATION OF LAURA WASHINGTON SAWYER

I, Laura Washington Sawyer, declare as follows:

1. I am a partner of the law firm Jones Day, counsel for Defendants JPMorgan Chase & Co. and J.P. Morgan Securities LLC (together, "J.P. Morgan") in the above-captioned action.

2. I make this declaration in support of J.P. Morgan's Opposition to the Motion for Transfer and Consolidation Pursuant to 28 U.S.C. §1407.

3. Attached as Exhibit A is a true and correct copy of the memorandum of law filed by Plaintiff Dan Bodea in support of his Motion for the Appointment of Berger Montague PC as Interim Class Counsel. *See Bodea v. JPMorgan Chase & Co., et al*, Case No. 1:24-cv-06404, Dkt. No 39.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of November 2024 at New York, New York.

/s/ *Laura Washington Sawyer*

Laura Washington Sawyer
Jones Day
250 Vesey Street
New York, NY 10281
212-326-3939
lwsawyer@jonesday.com

*Counsel for Defendants JPMorgan Chase & Co. and J.P. Morgan Securities LLC*