BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **IN RE: Cash Sweep Programs Contract Litigation** | ) ) | **MDL Docket No. 3136** |

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of Defendants J.P. Morgan Securities LLC and JPMorgan Chase & Co.'s Opposition to Plaintiffs' Motion for Transfer and for Consolidation Pursuant to 28 U.S.C. §1407, with attached Declaration of Laura Washington Sawyer, Exhibit A, and this Proof of Service were electronically filed with the Court's Office using the Court's CM/ECF system and served upon all counsel of record by this Court's CM/ECF system.

Dated: November 27, 2024

Respectfully submitted,

By: /s/ Laura W. Sawyer

Laura W. Sawyer
Jones Day
250 Vesey Street
New York, NY 10281
212-326-3939
lwsawyer@jonesday.com

*Counsel for Defendants JPMorgan Chase & Co. and J.P. Morgan Securities LLC*

1