# Exhibit A

**Exhibit A**
**Sweeps Plaintiffs' Cases**

| Case Caption | Sweeps Plaintiffs | Interim Class Counsel Status |
|---|---|---|
| | **AMERIPRISE** | |
| ***Mehlman v. Ameriprise Financial, Inc.*, No. 24-cv-3018 (D. Minn.) (Tunheim, J.; Micko, Mag. J.) (consolidated action)**<br><br>*Bender v. Ameriprise Financial, Inc.*, No. 24-cv-3359 (D. Minn.) | Suzanne Mehlman,<br>Joy Hultman,<br>Mindy Bender, and<br>Robert Sullivan | Sweeps Plaintiffs were appointed Interim Class Counsel on October 3, 2024.<br>Firms appointed:<br>• Bernstein Litowitz Berger & Grossmann LLP<br>• Berger Montague PC<br>• Simmons Hanly Conroy LLP<br>• Williams Dirks Dameron LLC<br>• Rosca Scarlato LLC |
| | **LPL FINANCIAL** | |
| ***In re LPL Financial Cash Sweep Litigation*, No. 24-cv-1228 (Robinson, J.) (consolidated action)**<br><br>*Nevitt v. LPL Financial Holdings Inc.*, No. 24-cv-1358<br><br>*White v. LPL Financial Holdings, Inc.*, No. 24-cv-1724 | Daniel Peters,<br>Douglas Nevitt,<br>and Carol White | Sweeps Plaintiffs were appointed Interim Co-Lead Counsel on November 12, 2024.<br>Firms appointed:<br>• Bernstein Litowitz Berger & Grossmann LLP<br>• Berger Montague PC<br>• Williams Dirks Dameron LLC |
| | **UBS** | |
| ***Goldsmith v. UBS Financial Services, Inc.*, No. 24-cv-6354 (S.D.N.Y.) (Woods, J.; Gorenstein, Mag. J.) (consolidated action)**<br><br>*Davitt v. UBS Financial Services, Inc.*, No. 24-cv-24-cv-6692 | Kelly Goldsmith and<br>Andrew Davitt | Sweeps Plaintiffs were appointed Interim Class Counsel on November 1, 2024.<br>Firms appointed:<br>• Bernstein Litowitz Berger & Grossmann LLP<br>• Berger Montague PC<br>• Williams Dirks Dameron LLC |

| Case Caption | Sweeps Plaintiffs | Interim Class Counsel Status |
|---|---|---|
| | | |
| **CHARLES SCHWAB** | | |
| ***In re Charles Schwab Cash Sweep Litigation*, No. 24-cv-7344 (Almadani, J.) (consolidated action)**<br><br>*Saunders v. Charles Schwab & Co., Inc.*, No. 24-cv-7638<br><br>*Davis v. Charles Schwab Corp.*, No. 24-cv-8410 | Mary Loughran, Rosemary Orlando, Edward Carr, Donald Saunders, Michael Davis, and Terrance TJ" McDonald | Sweeps Plaintiffs were appointed Interim Class Counsel on November 22, 2024.<br><br>Firms appointed:<br>• Bernstein Litowitz Berger & Grossmann LLP<br>• Simmons Hanly Conroy LLP<br>• Rosca Scarlato LLC |
| **RAYMOND JAMES** | | |
| ***Schmidlin v. Raymond James Financial, Inc.*, No. 24-cv-2041 (Mizelle, J.) (consolidated action)**<br><br>*Conran v. Raymond James Financial, Inc.*, No. 24-cv-2511 | Toni Conran, Raymond Schmidlin, and Juliet Schmidlin | Sweeps Plaintiffs moved for appointment as interim class counsel on November 18, 2024.<br><br>Movant firms:<br>• Bernstein Litowitz Berger & Grossmann LLP<br>• Williams Dirks Dameron LLC<br>• Rosca Scarlato LLC |
| **WELLS FARGO** | | |
| ***In re Wells Fargo Cash Sweep Litigation*, No. 24-cv-4616 (Chhabria, J.) (consolidated action)**<br><br>*Nadolny v. Wells Fargo & Co.*, No. 24-cv-4633<br><br>*Cobb v. Wells Fargo & Co.*, No. 24-cv-6696 | Keith Bujold, Edward Nadolny, and Darren Cobb | Sweeps Plaintiffs moved for appointment as interim class counsel on September 30, 2024, and briefing was completed on October 22, 2024.<br><br>Movant firms:<br>• Bernstein Litowitz Berger & Grossmann LLP<br>• Berger Montague PC<br>• Simmons Hanly Conroy LLP |

| Case Caption | Sweeps Plaintiffs | Interim Class Counsel Status |
|---|---|---|
| | **JPMORGAN** | |
| ***In re JP Morgan Chase Cash Sweep Program*, No. 24-cv-6404 (Schofield, J.) (consolidated action)** | Dan Bodea | Sweeps Plaintiffs moved for appointment as interim class counsel on October 15, 2024.<br><br>Movant firms:<br>• Berger Montague PC<br>• Bernstein Litowitz Berger & Grossmann LLP (as local counsel) |
| | **MORGAN STANLEY** | |
| *Estate of Bernard J. Sherlip v. Morgan Stanley*, No. 24-cv-4571 (Caproni, J.) | Estate of Bernard J. Sherlip and The Barrett Living Trust | Sweeps Plaintiffs will be moving for appointment as interim class counsel once Judge Caproni enters a schedule on briefing. |