# Exhibit D

Case 3:24-cv-01228-TWR-AHG Document 73 Filed 11/27/24 PageID.613 Page 1 of 2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LPL FINANCIAL CASH SWEEP LITIGATION,<br><br>This Document Relates to:<br>ALL ACTIONS. | Case No.: 24-CV-1228 TWR (AHG)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL**<br><br>(ECF No. 31) |

Presently before the Court is the Motion of Plaintiffs Daniel Peters, Douglas Nevitt, and Carol White for Appointment of Interim Class Counsel ("Mot.," ECF No. 31), as well as Defendants LPL Financial LLC and LPL Financial Holdings, Inc.'s Response to ("Resp.," ECF No. 35) and Plaintiffs' Notice of No Opposition to ("Not.," ECF No. 36) the Motion. Pursuant to the Court's Minute Order Setting Briefing Schedule, the Court takes the Motion under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1). Good cause appearing, the Court **GRANTS** Plaintiffs' Motion and **APPOINTS** Berger Montague PC, Williams Dirks Dameron LLC, Bernstein Litowitz Berger &

/ / /

/ / /

/ / /

/ / /

Grossmann LLP as interim co-lead counsel in this consolidated action pursuant to Federal Rule of Civil Procedure 23(g)(3).

**IT IS SO ORDERED.**

Dated: November 12, 2024

Honorable Todd W. Robinson
United States District Judge