**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | MDL No. 3136 |
| Cash Sweep Programs Contract Litigation | ) ) ) ) ) | |

**DONALD SAUNDERS AND EDWARD NADOLNY'S RESPONSE IN OPPOSITION TO PLAINTIFFS SAFRON CAPITAL CORP. AND BRICKMAN INVESTMENTS INC.'S MOTION FOR TRANSFER AND CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407**

Plaintiffs Donald Saunders and Edward Nadolny, by and through their undersigned counsel, oppose Plaintiffs Safron Capital and Brickman Investments Inc.'s Motion for Transfer and Consolidation pursuant to 28 U.S.C. § 1407 (ECF Nos. 1-3) (the "MDL Motion").

Plaintiffs Saunders and Nadolny are part of the Sweeps Plaintiffs group, and have set forth their arguments opposing the MDL Motion in Sweeps Plaintiffs' Response in Opposition to Motion for Transfer and Consolidation (ECF No. 77). Plaintiffs Saunders and Nadolny respectfully request that the Panel deny the motion seeking centralization and transfer to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1407.

Dated: November 27, 2024            Respectfully submitted,


                                    */s/ Sona R. Shah*
                                            Sona R. Shah
                                    SIMMONS HANLY CONROY LLP
                                    112 Madison Avenue
                                    New York, NY 10016
                                    Telephone: (212) 257-8482
                                    sshah@simmonsfirm.com

                                    *Attorney for Edward Nadolny and Donald Saunders*