BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: | MDL No. 3136 |
| Cash Sweep Programs Contract Litigation | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the undersigned, Eric L. Cramer, counsel for Plaintiffs Dan Bodea, Daniel Peters, Andrew Davitt, and Keith Bujold in the above-entitled matter, hereby withdraws as counsel.

PLEASE TAKE FURTHER NOTICE that Attorney Michael Dell'Angelo of Berger Montague PC is hereby substituting as counsel for Plaintiffs Dan Bodea, Daniel Peters, Andrew Davitt, and Keith Bujold.

Dated: December 2, 2024

Respectfully submitted,

*/s/ Eric L. Cramer*
Eric L. Cramer
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bm.net

*Withdrawing attorney for Dan Bodea, Daniel Peters, Andrew Davitt, and Keith Bujold*