BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE CASH SWEEP PROGRAMS CONTRACT LITIGATION | MDL No. 3136 |

## ERRATA

Sweeps Plaintiffs Suzanne Mehlman, Joy Hultman, Mindy Bender, Robert Sullivan, Daniel Peters, Douglas Nevitt, Carol White, Kelly Goldsmith, Andrew Davitt, Mary Loughran, Rosemary Orlando, Edward Carr, Donald Saunders, Michael Davis, Terrance "TJ" McDonald, Toni Conran, Raymond Schmidlin, Juliet Schmidlin, Keith Bujold, Edward Nadolny, Darren Cobb, Dan Bodea, Estate of Bernard J. Sherlip, and The Barrett Living Trust (collectively, "Sweeps Plaintiffs"), through their undersigned counsel, respectfully submit this Errata to the previously submitted Sweeps Plaintiffs' Response in Opposition to Safron Capital Corp. and Brickman Investments Inc's Motion for Transfer and Consolidation pursuant to 28 U.S.C. § 1407 (the "Response," ECF No. 77). The corrected signature page to Sweeps Plaintiffs' Response is attached to this filing.

Dated: December 4, 2024

/s/ Salvatore J. Graziano
Salvatore J. Graziano
**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com

*Counsel for Consolidated Plaintiffs Darren Cobb, Michael Davis, and Terrance "TJ" McDonald; and Plaintiffs Darren Cobb, Carol White, Michael Davis, Terrance "TJ" McDonald, and The Barrett Living Trust*

*/s/ Sona R. Shah*
Sona R. Shah
**SIMMONS HANLY CONROY LLP**
112 Madison Avenue
New York, NY 10016
Telephone: (212) 257-8482
sshah@simmonsfirm.com

*Counsel for Consolidated Plaintiffs Edward Nadolny and Donald Saunders; and Plaintiffs Edward Nadolny and Donald Saunders*

*/s/ Thomas I. Sheridan, III*
Thomas I. Sheridan, III
**SIMMONS HANLY CONROY LLP**
112 Madison Avenue
New York, NY 10016
Telephone: (212) 257-8482
tsheridan@simmonsfirm.com

*Counsel for Plaintiffs Estate of Bernard J. Sherlip, Susanne Mehlman, Joy Hultman, Mindy Bender, and Robert Sullivan*

*/s/ Alan L. Rosca*
Alan L. Rosca
**ROSCA SCARLATO LLC**
2000 Auburn Drive, Ste 200
Beachwood, OH 44122
Tel: (216) 946-7070
arosca@rscounsel.law

*Counsel for Consolidated Plaintiffs Mary Loughran, Rosemary Orlando, and Edward Carr; and Plaintiffs Raymond Schmidlin, Juliet Schmidlin, Mary Loughran, Rosemary Orlando, and Edward Carr*

*/s/ Michael Dell'Angelo*
Michael Dell'Angelo
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
mdellangelo@bm.net

*Counsel for Consolidated Plaintiff Keith Bujold; and Plaintiffs Dan Bodea, Daniel Peters, Andrew Davitt, and Keith Bujold*

*/s/ Matthew L. Dameron*
Matthew L. Dameron
**WILLIAMS DIRKS DAMERON LLC**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Tel: (816) 945-7110
matt@williamsdirks.com

*Counsel for Consolidated Plaintiff Toni Conran; and Plaintiffs Douglas K. Nevitt, Toni Conran, and Kelly Goldsmith*