BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE CASH SWEEP PROGRAMS CONTRACT LITIGATION | ) MDL No. 3136 ) ) ) |

**PLAINTIFFS MCKINNEY, CHRISTNER, ABBAS, GAGNER, AND TRIPSON'S INTERESTED PARTY RESPONSE IN SUPPORT OF MOVANTS' MOTION FOR TRANSFER AND CONSOLIDATION PURSUANT TO 28 U.S.C. §1407**

In accordance with United States Judicial Panel on Multidistrict Litigation Rule of Procedure 6.2(e), plaintiffs Mark E. McKinney, Michael Christner, Hasan Abbas, Neal Gagner, and Frank R. Tripson (collectively, "Plaintiffs") in *McKinney v. Morgan Stanley*, No. 1:24-cv-08860-VEC (S.D.N.Y.); *Christner v. Wells Fargo & Company*, No. 1:24-cv-08953-AS (S.D.N.Y.); *Abbas v. JPMorgan Chase & Co.*, No. 7:24-cv-09516-LGS (S.D.N.Y.); *Gagner v. Morgan Stanley*, No. 1:24-cv-09875-VEC (S.D.N.Y.); and *Tripson v. Ameriprise Financial, Inc.*, No. 0:24-cv-04669-ECT-TNL (D. Minn.), respectively, submit this interested party response in support of movants Safron Capital Corp. and Brickman Investments Inc.'s ("Movants") Motion for Transfer and Consolidation Pursuant to 28 U.S.C. §1407 (ECF 1-3) ("MDL Motion").

For the reasons set forth in Movants' MDL Motion and Movants' reply in support of the MDL Motion (ECF 93), Plaintiffs fully support the centralization of the Related Actions defined in the MDL Motion, and any subsequent tag-along actions, in the United States District Court for the Southern District of New York for consolidated or coordinated pre-trial proceedings.

DATED: January 7, 2025

ROBBINS GELLER RUDMAN & DOWD LLP
STEPHEN R. ASTLEY
ANDREW T. REES
RENE A. GONZALEZ
SCOTT I. DION

  *s/ Stephen R. Astley*
STEPHEN R. ASTLEY

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
Facsimile:  561/750-3364
sastley@rgrdlaw.com
arees@rgrdlaw.com
rgonzalez@rgrdlaw.com
sdion@rgrdlaw.com

*Attorneys for Plaintiffs McKinney, Christner, Abbas, Gagner, and Tripson*

LAW OFFICE OF ALFRED G. YATES, JR., P.C.
ALFRED G. YATES, JR.
1575 McFarland Road, Suite 305
Pittsburgh, PA 15216
Telephone: 412/391-5164
yateslaw@aol.com

*Attorney for Plaintiffs McKinney, Christner, and Tripson*

ADEMI LLP
SHPETIM ADEMI
GURI ADEMI
3620 East Layton Avenue
Cudahy, WI 53110
Telephone: 414/482-8000
sademi@ademilaw.com
gademi@ademilaw.com

*Attorneys for Plaintiff Gagner*